IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GERALD MINNITI, | No. 4:21-CV-01788 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| CRYSTAL WINDOW & DOOR SYSTEMS PA, LLC, *et al.*, | |
| Defendants. | |

# ORDER

**NOVEMBER 16, 2023**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' motion for summary judgment (Doc. 26) is **GRANTED**;

2. Final Judgment is entered in favor of Defendants and against Minniti; and

3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge